# United States District Court

WESTERN DISTRICT OF MASSACHUSETTS

HUMAN RESOURCE DEVELOPMENT PRESS, INC.

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 05-30068-MPN

IKON OFFICE SOLUTIONS COMPANY, INC.
&
IOS CAPITAL, INC. d/b/a IKON FINANCIAL SERVICES

TO: (Name and address of defendant)

IOS CAPITAL, INC.
MICHAEL WALSH, ESQ.
70 VALLEY STREAM PARKWAY
MALVERN, PA 19355

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID J. NOONAN, ESQ.
228 TRIANGLE STREET
AMHERST, MA 01002

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

March 15, 2005

DATE

(BY) DEPUTY CLERK

# United States District Court

        WESTERN    DISTRICT OF  MASSACHUSETTS

HUMAN RESOURCE DEVELOPMENT PRESS, INC.

## SUMMONS IN A CIVIL CASE

V.  CASE NUMBER: 05-30068-KPN

IKON OFFICE SOLUTIONS COMPANY, INC.
&
IOS CAPITAL, INC. d/b/a IKON FINANCIAL SERVICES

TO: (Name and address of defendant)

    IKON OFFICE SOLUTIONS COMPANY, INC.
    MICHAEL WLASH. ESQ.
    70 VALLEY STREAM PARKWAY
    MALVERN, PA   19355

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    DAVID J. NOONAN, ESQ.
    228 TRIANGLE STREET
    AMHERST, MA 01002

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

(BY) DEPUTY CLERK

DATE  March 16, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): *Service of Process Accepted / Michael Webb 4/1/05*

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): *Service of Process Accepted / Michael Walsh 4/1/05*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.