## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC. )<br>Plaintiff )<br>v. )<br>)<br>IKON OFFICE SOLUTIONS )<br>COMPANY, INC. & IOS CAPITAL, INC. )<br>d/b/a IKON FINANCIAL SERVICES )<br>Defendants. ) | 3:05-CV-30068-KPN |

### NOTICE OF APPEARANCE

Please enter the appearance of Bradford S. Babbitt, of Robinson & Cole LLP, on behalf of IKON Office Solutions Company, Inc. and IOS Capital, Inc., in the above-captioned matter.

DEFENDANTS,
IKON OFFICE SOLUTIONS COMPANY,
INC. AND IOS CAPITAL, INC.

By: _____
Bradford S. Babbitt, BBO #566390
bbabbitt@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200

Date: May 19, 2005

HART1-1256069-1

## **CERTIFICATION**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on May 19, 2005.


Brett J. Boskiewicz