UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC.<br>              Plaintiff<br>v.<br><br>IKON OFFICE SOLUTIONS COMPANY, INC. & IOS CAPITAL, INC. d/b/a IKON FINANCIAL SERVICES<br>              Defendants. | 3:05-CV-30068-KPN |

## NOTICE OF APPEARANCE

Please enter the appearance of Brett J. Boskiewicz, of Robinson & Cole LLP, on behalf of IKON Office Solutions Company, Inc. and IOS Capital, Inc., in the above-captioned matter.

                              DEFENDANTS,
                              IKON OFFICE SOLUTIONS COMPANY,
                              INC. AND IOS CAPITAL, INC.

                              By: _____
                              Brett J. Boskiewicz, BBO #656545
                              bboskiewicz@rc.om
                              Robinson & Cole LLP
                              280 Trumbull Street
                              Hartford, CT  06103-3597
                              (860) 275-8200

Date: May 19, 2005

HART1-1256063-1

- 2 -

## CERTIFICATION

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on May 19, 2005.

*[signature]*
Brett J. Boskiewicz