UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC.<br>        Plaintiff<br>v.<br><br>IKON OFFICE SOLUTIONS, INC.<br>& IOS CAPITAL, INC. d/b/a<br>IKON FINANCIAL SERVICES<br>        Defendants. | 3:05-CV-30068-KPN |

## DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), the defendants IKON Office Solutions, Inc. and IOS Capital, Inc. move to dismiss all claims in the plaintiff's complaint. Many of the claims are barred by the applicable three and four-year statute of limitations. The remaining claims fail to state a cognizable claim under Massachusetts law because usury laws and Article 9 of the Uniform Commercial Code do not apply to the equipment leases involved in this lawsuit.

The defendants rely on the reasons set forth in their accompanying memorandum of law as support for this motion.

WHEREFORE, the defendants request that the Court dismiss the plaintiff's complaint in its entirety.

                DEFENDANTS
                IKON OFFICE SOLUTIONS, INC. and IOS CAPITAL, INC.

By _____
Bradford S. Babbitt (BBO# 566390)
e-mail: bbabbitt@rc.com
Brett J. Boskiewicz (BBO# 656545)
e-mail: bboskiewicz@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on May 19, 2005.

/s/ Brett J. Boskiewicz
Brett J. Boskiewicz