UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC.<br>Plaintiff<br>v.<br><br>IKON OFFICE SOLUTIONS COMPANY, INC. & IOS CAPITAL, INC. d/b/a IKON FINANCIAL SERVICES<br>Defendants. | 3:05-CV-30068-KPN |

### DEFENDANTS' FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, IKON Office Solutions Company, Inc. and IOS Capital, Inc. certify as follows:

1. IKON Office Solutions Company, Inc. does not have a corporate parent and no publicly traded corporation owns 10% or more of its stock.

2. IOS Capital, Inc. does not have a corporate parent and no publicly traded corporation owns 10% or more of its stock.

DEFENDANTS
IKON OFFICE SOLUTIONS COMPANY, INC.
and IOS CAPITAL, INC.

By_____
Bradford S. Babbitt (BBO# 566390)
e-mail: bbabbitt@rc.com
Brett J. Boskiewicz (BBO# 656545)
e-mail: bboskiewicz@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

HART1-1256034-1

- 2 -

## CERTIFICATION

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on May 19, 2005.

*/s/ Brett J. Boskiewicz*
Brett J. Boskiewicz