# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

HUMAN RESOURCE DEVELOPMENT )
PRESS, INC., )
)
Plaintiff, )
)
v. )  3:05-CV-30068-KPN
)
IKON OFFICE SOLUTIONS, INC. )
& IOS CAPITAL, INC. d/b/a )
IKON FINANCIAL SERVICES, )
)
Defendants. )

## ASSENTED TO MOTION TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

On May 19, 2005, Ikon Office Solutions, Inc. and IOS Capital, Inc. (the "Defendants") served Human Resource Development Press, Inc. (the "Plaintiff") with a Rule 12(b)(6) Motion to Dismiss ("Motion to Dismiss"). Pursuant to Local Rule 7.1, the Plaintiff has fourteen (14) days after service of the Motion to Dismiss to file an opposition thereto. The Plaintiff and the Defendants have agreed to extend the time within which the Plaintiff has to respond to the Defendants' Motion to Dismiss to and including June 21, 2005.

WHEREFORE, Plaintiff respectfully prays this Court to enter an Order extending the period of time within which Plaintiff may respond to the Defendants' Motion to

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, INC. & IOS CAPITAL, INC. d/b/a IKON FINANCIAL SERVICES, <br><br> Defendants. | 3:05-CV-30068-KPN |

## CERTIFICATE OF SERVICE

The undersigned verifies that Human Resource Development Press, Inc.'s ASSENTED TO MOTION TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS was served upon counsel for the Defendants, by mailing the same, by first class mail, postage prepaid to: Bradford S. Babbitt, Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103-3597 on the 9th of June, 2005.

Human Resource Development Press, Inc.
By Its: Counsel

/s/ David J. Noonan
David J. Noonan, Esq.
228 Triangle Street
Amherst, MA 01002
Tel: (413) 549-5491
Fax: (413) 549-5156
MA Bar # 373260

Dismiss to and including June 21, 2005.

Respectfully submitted this the 9th day of June, 2005.

Assented To:

DEFENDANTS,
IKON OFFICE SOLUTIONS, INC.
IOS CAPITAL, INC.

*[signature]*

Bradford S. Babbitt (BBO # 566390)
e-mail: bbabbitt@rc.com
Brett J. Boskiewicz (BBO # 656545)
e-mail: bboskiewicz@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

PLAINTIFF,
HUMAN RESOURCE DEVELOPMENT
PRESS, INC.

*[signature]*

David J. Noonan, Esq. (BBO # 373260)
e-mail: david.noonan@verizon.net
228 Triangle Street
Amherst, MA 01002
Tel. No.: (413) 549-5491
Fax No.: (413) 549-5156

2