**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC., | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | 3:05-CV-30068-KPN |
| IKON OFFICE SOLUTIONS, INC. & IOS CAPITAL, INC. d/b/a IKON FINANCIAL SERVICES, | ) ) ) ) ) |  |
| Defendants. | ) ) |  |

**ASSENTED TO MOTION TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

On May 19, 2005, Ikon Office Solutions, Inc. and IOS Capital, Inc. (the "Defendants") served Human Resource Development Press, Inc. (the "Plaintiff") with a Rule 12(b)(6) Motion to Dismiss ("Motion to Dismiss").  Pursuant to Local Rule 7.1, the Plaintiff has fourteen (14) days after service of the Motion to Dismiss to file an opposition thereto. The Plaintiff and the Defendants have agreed to further extend the time within which the Plaintiff has to respond to the Defendants' Motion to Dismiss to and including June 27, 2005.

WHEREFORE, Plaintiff respectfully prays this Court to enter an Order extending the period of time within which Plaintiff may respond to the Defendants' Motion to

Dismiss to and including June 27, 2005.

Respectfully submitted this the 21st day of June, 2005.

Assented To:

| DEFENDANTS, | PLAINTIFF, |
|---|---|
| IKON OFFICE SOLUTIONS, INC. | HUMAN RESOURCE DEVELOPMENT |
| IOS CAPITAL, INC. | PRESS, INC. |

/S/Bradford S. Babbitt                                       /S/David J. Noonan
Bradford S. Babbitt (BBO # 566390)      David J. Noonan, Esq. (BBO # 373260)
e-mail: bbabbitt@rc.com                            e-mail: david.noonan@verizon.net
Brett J. Boskiewicz (BBO # 656545)       228 Triangle Street
e-mail: bboskiewicz@rc.com                    Amherst, MA 01002
Robinson & Cole LLP                                Tel. No.: (413) 549-5491
280 Trumbull Street                                   Fax No.: (413) 549-5156
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
HUMAN RESOURCE DEVELOPMENT          )
PRESS, INC.,                        )
                                    )
            Plaintiff,              )
                                    )
v.                                  )       3:05-CV-30068-KPN
                                    )
IKON OFFICE SOLUTIONS, INC.         )
& IOS CAPITAL, INC. d/b/a           )
IKON FINANCIAL SERVICES,            )
                                    )
            Defendants.             )
_____)

## CERTIFICATE OF SERVICE

The undersigned verifies that Human Resource Development Press, Inc.'s ASSENTED TO MOTION TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS was served upon counsel for the Defendants, by mailing the same, by first class mail, postage prepaid to: Bradford S. Babbitt, Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103-3597 on the 21st of June, 2005.

                            Human Resource Development Press, Inc.
                            By Its: Counsel

                            /S/ David J. Noonan
                            David J. Noonan, Esq.
                            228 Triangle Street
                            Amherst, MA 01002
                            Tel: (413) 549-5491
                            Fax: (413) 549-5156
                            MA Bar # 373260