**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

```
_____
                                    )
HUMAN RESOURCE DEVELOPMENT          )
     PRESS, INC.,                   )
                                    )
          Plaintiff,                )
                                    )
v.                                  )    3:05-CV-30068-KPN
                                    )
IKON OFFICE SOLUTIONS, INC.         )
& IOS CAPITAL, INC. d/b/a           )
IKON FINANCIAL SERVICES,            )
                                    )
          Defendants.               )
_____)
```

**MOTION PURSUANT TO LOCAL RULE 7.1(B) (4) FOR LEAVE TO FILE**
**MEMORANDUM IN EXCESS OF 20 PAGES**

Human Resource Development Press, Inc. (the "Plaintiff") has prepared a detail Memorandum of Law In Support Of Plaintiff's Opposition To Defendants' Rule 12(b)(6) Motion To Dismiss ("Memorandum"). Due to the complexity of many of the issues which the parties have raised, Plaintiff's Memorandum could not, without prejudicing Plaintiff's legal position, be keep to 20 pages. As a result, Plaintiff seeks leave to file its Memorandum consisting of 29 pages.

WHEREFORE, Plaintiff respectfully prays this Court to enter an Order, pursuant to Local Rule 7.1 (B)(4) granting Plaintiff leave to file its Memorandum consisting of 29 pages.

Respectfully submitted this the 27th day of June, 2005.

        The Plaintiff, Human Resources
        Development Press, Inc.
        By It's Attorney,

        <u>/S/ David J. Noonan</u>
        David J. Noonan, Esq.
        228 Triangle Street
        Amherst, MA  01002
        (413) 549-5491; (413) 549-5156 (fax)
        BBO # 373260