UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC.<br>Plaintiff<br>v.<br><br>IKON OFFICE SOLUTIONS, INC.<br>& IOS CAPITAL, INC. d/b/a<br>IKON FINANCIAL SERVICES<br>Defendants. | 3:05-CV-30068-KPN |

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF

Pursuant to LR. 7.1(B)(3), the defendants IKON Office Solutions, Inc. and IOS Capital, Inc. request leave of court to file a reply to HRD Press's opposition to the defendants' motion to dismiss. The proposed reply will not exceed 15 pages, will clarify the issues before the Court, and will respond directly to the assertions made by the plaintiff.

WHEREFORE, the defendants request that the Court grant them leave to file a reply to HRD Press's opposition to their motion to dismiss.

DEFENDANTS
IKON OFFICE SOLUTIONS, INC. and IOS CAPITAL, INC.

By _/s/ Brett Boskiewicz_
Bradford S. Babbitt (BBO# 566390)
e-mail: bbabbitt@rc.com
Brett J. Boskiewicz (BBO# 656545)
e-mail: bboskiewicz@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on July 6, 2005.

_____
Brett J. Boskiewicz