# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____ )
                                     )
HUMAN RESOURCE DEVELOPMENT )
PRESS, INC., )
        Plaintiff, )
                                       )
v. )                3:05-CV-30068-KPN
                                       )
IKON OFFICE SOLUTIONS, INC. )
&IOS CAPITAL, INC. d/b/a )
IKON FINANCIAL SERVICES, )
        Defendants. )
_____ )

## <u>PLAINTIFF'S MOTION PURSUANT TO LOCAL RULE 7.1(B)(3) FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS' REPLY BRIEF</u>

Human Resource Development Press, Inc. (the "Plaintiff") requests ,pursuant to Local Rule 7.1(B) (3), for leave of Court to file a Response to Defendant's Reply Brief in Support of Defendants' Motion to Dismiss.  The proposed Response will not exceed 15 pages and will address the assertions made by the Defendants in the Reply brief.

Respectfully submitted this the 21st day of July, 2005.

HUMAN RESOURCE
DEVELOPMENT PRESS, INC.

<u>/S/ David J. Noonan</u>
David J. Noonan, Esq.
228 Triangle Street
Amherst, MA  01002
Tel: (413)  549-5491
Fax:(413)  549-5156
Email: david.noonan@verizon.net
B.B.O. NO. 373260

## <u>CERTIFICATE OF SERVICE</u>

The undersigned verifies that Plaintiff's Motion Pursuant To Local Rule 7.1(B)(3) For Leave To File A Response To Defendants' Reply Brief was served upon counsel for the Defendants, by mailing the same, by first class mail, postage prepaid to: Bradford S. Babbitt, Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103-3597 on the 21st of July, 2005.


<u>/S/ David J. Noonan</u>
David J. Noonan, Esq.