UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT ) <br> PRESS, INC. ) <br> Plaintiff ) <br> v. ) <br> ) <br> IKON OFFICE SOLUTIONS, INC. ) <br> & IOS CAPITAL, INC. d/b/a ) <br> IKON FINANCIAL SERVICES ) <br> Defendants. ) | 3:05-CV-30068-KPN |

### DEFENDANTS' UNCONTESTED MOTION FOR EXTENSION OF TIME

The defendant, IKON Office Solutions, Inc. ("IKON") moves for an extension of time to respond to the Plaintiff's First Amended Complaint until the later of (1) 20 days after the Court rules on IKON's pending motion to dismiss, or (2) if the Court allows the Plaintiff leave to amend its complaint after the ruling on the motion to dismiss, 20 days after the Plaintiff serves its amended pleading.

Requiring IKON to respond to the First Amended Complaint before the Court's ruling will create unnecessary confusion in the pleadings because the ruling may change the claims and allegations that remain in this lawsuit. To respond properly, IKON would have to re-submit the arguments it made in its original motion to dismiss with additional arguments based on the Plaintiff's amendments – all before it knows whether the Court will dismiss any of the original claims. This would be a colossal waste of the Court's, IKON's, and the Plaintiff's resources. In addition, the Court could conceivably grant the Plaintiff leave to amend its complaint after ruling on the motion to dismiss, which would require IKON to respond again – redundantly – to yet another amended complaint.

IKON respectfully suggests that the prudent course of action is to grant this motion and postpone IKON's obligations to respond to any amended complaint until after the Court decides the motion to dismiss. IKON's attorney conferred with the Plaintiff's attorney about this motion and the Plaintiff's attorney indicated that he does not oppose this course of action. Accordingly, IKON respectfully asks the Court to grant this motion and postpone the time by which IKON must respond to the Plaintiff's pleading until after the Court decides the pending motion to dismiss.

> DEFENDANTS
> IKON OFFICE SOLUTIONS, INC. and IOS CAPITAL, INC.
>
> By /s/ Brett Boskiewicz
> Bradford S. Babbitt (BBO# 566390)
> e-mail: bbabbitt@rc.com
> Brett J. Boskiewicz (BBO# 656545)
> e-mail: bboskiewicz@rc.com
> Robinson & Cole LLP
> 280 Trumbull Street
> Hartford, CT 06103-3597
> Tel. No.: (860) 275-8200
> Fax No.: (860) 275-8299

Dated: December 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on December 29, 2005.

_____
Brett J. Boskiewicz