## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC.<br>　　　　　Plaintiff<br>v.<br><br>IKON OFFICE SOLUTIONS, INC.<br>& IOS CAPITAL, INC. d/b/a<br>IKON FINANCIAL SERVICES<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　　3:05-CV-30068-KPN<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' UNCONTESTED MOTION FOR EXTENSION OF TIME

The defendant IKON Office Solutions, Inc. requests an extension of time until February 15, 2006, to respond to plaintiff's First Amended Complaint so that it may continue to investigate and evaluate the plaintiff's allegations. This is IKON's second request for an extension of time to file a responsive pleading. The undersigned counsel spoke with the plaintiff's attorney, who agreed to this requested extension.

WHEREFORE, IKON asks the Court to allow this motion and extend the time to file a responsive pleading to February 15, 2006.

　　　　　　　　　　　　　　　　　　　　DEFENDANTS
　　　　　　　　　　　　　　　　　　　　IKON OFFICE SOLUTIONS, INC.

　　　　　　　　　　　　　　　　　　　　By /s/ Brett Boskiewicz
　　　　　　　　　　　　　　　　　　　　Bradford S. Babbitt (BBO# 566390)
　　　　　　　　　　　　　　　　　　　　e-mail: bbabbitt@rc.com
　　　　　　　　　　　　　　　　　　　　Brett J. Boskiewicz (BBO# 656545)
　　　　　　　　　　　　　　　　　　　　e-mail: bboskiewicz@rc.com
　　　　　　　　　　　　　　　　　　　　Robinson & Cole LLP
　　　　　　　　　　　　　　　　　　　　280 Trumbull Street
　　　　　　　　　　　　　　　　　　　　Hartford, CT  06103-3597
　　　　　　　　　　　　　　　　　　　　Tel. No.: (860) 275-8200
　　　　　　　　　　　　　　　　　　　　Fax No.: (860) 275-8299

Dated:  January 30, 2006

## CERTIFICATE OF SERVICE

I hereby certify that DEFENDANTS' UNCONTESTED MOTION FOR EXTENSION OF TIME filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 30, 2006

Brett J. Boskiewicz