UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HUMAN RESOURCES )
DEVELOPMENT PRESS, INC., )
         Plaintiff(s) )
)
V. ) Civil Action No. 05-30068-KPN
)
IKON OFFICE SOLUTIONS )
COMPANY, INC., and IOS CAPITAL, )
INC., )
         Defendant(s) )

PARTIES JOINT RULE 16 STATEMENT

In conformance with this Court's Order dated January 12, 2006, Human Resources Development Press, Inc. and IKON Office Solutions, Inc.[1] (collectively the "Parties") hereby submit their Joint Statement as follows:

JOINT DISCOVERY PLAN

The Parties shall complete all discovery including depositions of non-expert witnesses by August 31, 2006. Depositions of expert witness shall be completed by October 15, 2006.

The Parties agree that there is no need to conduct phased discovery.

---

[1] As indicated in its Answer to the First Amended Complaint, IKON notes that the other named defendant, IOS Capital, Inc. d/b/a/ IKON Financial Services, does not exist. That entity's successor, IOS Capital, LLC, was merged into IKON Office Solutions, Inc. on March 30, 2004. HRD Press reserves its rights to pursue its claims against any successors to IOS Capital, Inc.

## SCHEDULE FOR FILING MOTIONS

All motions pursuant to Fed.R.Civ.P. 12(b) shall be filed by April 30, 2006.

All motions pursuant to Fed.R.Civ.P. 56 shall be filed by November 30, 2006.

## PROPOSED PRE-TRIAL SCHEDULE

The parties propose the Court hold a status conference on or about July 31st for the purpose of resolving any ongoing discovery disputes.

The Parties propose the Court schedule a final pre-trial conference on or about December 15, 2006.

The Parties propose the Court establish March 15, 2007, as the date for the trial of this matter.

## CONSENT TO TRIAL BY MAGISTRATE JUDGE

The Parties consent to a trial of this matter by the Hon. Kenneth P. Neiman.

## SETTLEMENT PROPOSAL

In compliance with Section C of the Court's Order dated January 12, 2006, the Plaintiff has presented a written settlement proposal to the Defendants.

CERTIFICATION OF COUNSEL

Counsel for the respective parties certify that they have conferred in order to discuss the possibility of establishing a budget for the cost of conducting litigation and alternative dispute resolution opportunities.

RESPECTFULLY SUBMITTED this the 21st day of February, 2006.

HUMAN RESOURCES DEVELOPMENT PRESS, INC.,
By its Counsel:

/s/ David J. Noonan, Esq.
228 Triangle Street
Amherst, MA 01002
Tel: (413) 549-5491
Fax: (413) 549-5156
david.noonan@verizon.net
BBO #373260

IKON OFFICE SOLUTIONS, INC.
By its Counsel:

/s/ Brett J. Boskiewicz
Bradford S. Babbitt (BBO# 566390)
Brett J. Boskiewicz (BBO# 656545)
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
Tel: (860) 275-8200
Fax: (860) 275-8289
bbabbitt@rc.com
bboskiewicz@rc.com