UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HUMAN RESOURCES )
DEVELOPMENT PRESS, INC., )
                Plaintiff )
                 )
                 )
     v. )    Civil Action No.  05-30068-KPN
                 )
                 )
IKON OFFICE SOLUTIONS )
COMPANY, INC., et al., )
                Defendants )

SCHEDULING ORDER
February 28, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the scheduling conference this day:

1.    All written discovery and non-expert depositions shall be completed by August 31, 2006.

2.    Counsel shall appear for a case management conference on September 7, 2006, at 11:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                                      /s/ Kenneth P. Neiman
                                                      KENNETH P. NEIMAN
                                                      U.S. Magistrate Judge