UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCES ) <br> DEVELOPMENT PRESS, INC., ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> IKON OFFICE SOLUTIONS ) <br> COMPANY, INC., and IOS CAPITAL, ) <br> INC., ) <br> Defendants ) | Civil Action No.05-30068-KPN |

REVISED SCHEDULING ORDER
September 7, 2006

NEIMAN, C.M.J.

The following schedule was established at the case management conference this day:

1. Plaintiff shall take the noticed depositions of Defendants by December 15, 2006.

2. Counsel shall appear for a case management conference on December 19, 2006, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
Chief Magistrate Judge