UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS INC., <br><br> Plaintiff, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, INC. & IOS CAPITAL, INC. d/b/a IKON FINANCIAL SERVICES, <br><br> Defendants. | : <br> : <br> : <br> : <br> : 3:05-CV-30068-KPN <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## MOTION FOR ENTRY OF SCHEDULING ORDER

The defendant IKON Office Solutions, Inc. hereby requests that the Court enter a scheduling order pursuant to LR. 16.1(F) adopting the proposed schedule set forth below. In support of this motion, IKON represents as follows:

1.  The parties submitted their original LR 16.1 report with proposed scheduling deadlines for this case on February 21, 2006. Per LR 16.1(D), "[t]he purpose of the parties' proposed pretrial schedule or schedules shall be to advise the judge of the parties' best estimates of the amounts of time they will need to accomplish specified pretrial steps. The parties' proposed agenda for the scheduling conference, and their proposed pretrial schedule or schedules, shall be considered by the judge as advisory only."

2.  The Court entered the following order on February 28, 2006: "All written discovery and non-expert depos. shall be completed by 8/31/2006. Case Management

Conference set for 9/7/2006 at 11:30 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman."

3. The plaintiff served written discovery requests and a Rule 30(b)(6) deposition notice on or about July 11, 2006.

4. On or about August 10, 2006, counsel for IKON contacted plaintiff's counsel to request consent for a 30-day extension of time to respond to the July 11, 2006 written discovery requests and discuss alternative dates for the requested Rule 30(b)(6) deposition. Plaintiff's counsel consented to the 30-day extension and agreed to discuss alternative deposition dates the following week.

5. IKON filed a motion for extension of time to respond to the plaintiff's discovery requests on August 11, 2006. This Court denied that motion on August 14, 2006.

6. On or about August 16 and 17, 2006, counsel for IKON and plaintiff's counsel exchanged e-mails regarding discovery and scheduling issues.

7. On or about September 5, 2006, counsel for IKON contacted plaintiff's counsel again to discuss the outstanding discovery responses and to request that the parties prepare a proposed scheduling order for various pretrial deadlines, including a time for the plaintiff to add additional parties, a time for additional discovery, summary judgment deadlines, etc., to present to the Court at the September 7, 2006 case management conference. Plaintiff's counsel refused to discuss a proposed scheduling order before the case management conference.

8. After hearing the scheduling issues during the September 7, 2006 case management conference and IKON's oral request for an extension of the discovery deadlines and

addition case scheduling, the Court declined to deal with the scheduling issues at that time and instructed the parties to try to resolve the issues themselves.

9. Walking out of the courthouse after the case management conference, counsel for IKON again attempted to engage plaintiff's counsel in discussions about scheduling, discovery, and the addition of GE Capital as a party. Plaintiff's counsel stated that he was not inclined to agree to anything about discovery but indicated that he would consult with the plaintiff about the issues discussed at the case management conference.

10. On or about September 20, 2006, counsel for IKON spoke with plaintiff's counsel again about discovery issues and adding GE Capital as a party and requested that the parties prepare a proposed scheduling order to submit to the Court. Again, plaintiff's counsel refused to agree to any additional discovery or to preparing a proposed scheduling order.

11. Counsel for IKON contacted plaintiff's counsel after learning on October 11, 2006 that GE Capital did not intend to intervene in this case as previously thought. During this conversation, counsel discussed the issues of plaintiff adding GE Capital as a party, the potential for additional discovery, and case scheduling but could not agree on any terms.

12. As of the date of this motion, the Court has not set deadlines for expert disclosures, expert discovery, Rule 56 motions, or other pretrial or trial deadlines.

As set forth above, the parties have been unable to agree on future scheduling issues in this case. Accordingly, IKON requests that the Court enter a scheduling order pursuant to LR 16(F) adopting the following schedule:

**A.     Additional Parties**

The parties will have until December 15, 2006 to add additional parties.

**B.      Damages Analysis**

Any party having a claim or counterclaim for damages shall provide a damages analysis to the other parties by December 31, 2006.

**C.      Written Discovery**

The parties must serve all written discovery by January 15, 2007 and comply with written discovery by February 15, 2007.

**D.      Fact Depositions**

Depositions of fact witnesses shall be completed no later than March 15, 2007.

**E.      Expert Witnesses**

The plaintiff shall identify any testifying or non-testifying experts by December 31, 2006 and provide the expert disclosures set forth in Rule 26(a)(2) by January 31, 2007.

The defendant shall identify any testifying or non-testifying experts by February 15, 2007 and provide the expert disclosures set forth in Rule 26(a)(2) by March 15, 2007.

Depositions of experts shall be completed no later than April 15, 2007.

**F.      Rule 56 Motions**

Rule 56 motions shall be filed by April 15, 2007.

**G.      Pretrial Disclosures and Joint Trial Memorandum**

The parties shall make the pretrial disclosures required by Rule 26(a)(3) and submit a joint trial memorandum within 45 days after the Court's ruling on all Rule 56 motions or if no Rule 56 motions are filed by June 1, 2007.

**H.**     **Trial Readiness**

The case will be ready for trial within sixty (60) days after the filing of the joint trial memorandum.

                              DEFENDANT,
                              IKON OFFICE SOLUTIONS, INC.


                              By /S/ Brett J. Boskiewicz
                                  Bradford S. Babbitt (BBO# 566390)
                                  e-mail: bbabbitt@rc.com
                                  Brett J. Boskiewicz (BBO# 656545)
                                  e-mail: bboskiewicz@rc.com
                                  Robinson & Cole LLP
                                  280 Trumbull Street
                                  Hartford, CT  06103-3597
                                  Tel. No.: (860) 275-8200
                                  Fax No.: (860) 275-8299

Dated: November 14, 2006

5

**CERTIFICATE OF SERVICE**

I hereby certify that DEFENDANTS' UNCONTESTED MOTION FOR ENTRY OF SCHEDULING ORDER filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 14, 2006.

/ S / Brett J. Boskiewicz
Brett J. Boskiewicz