UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT ) <br> PRESS, INC., ) <br>         Plaintiff ) <br>  ) <br> v.  ) <br>  ) <br>  ) <br> IKON OFFICE SOLUTIONS, INC. & ) <br> IOS CAPITAL, INC., d/b/a IKON ) <br> FINANCIAL SERVICES, ) <br>         Defendants ) | Civil Action No. 05-30068-KPN |

FURTHER SCHEDULING ORDER
December 19, 2006

NEIMAN, C.M.J.

The following schedule was established at the case management conference this day:

1. The Rule 30(b)(6) deposition shall be completed by January 30, 2007.

2. Plaintiff shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by March 30, 2007.

3. Defendants shall designate and disclose information regarding their experts as required by FED. R. CIV. P. 26(a)(2) by April 30, 2007.

4. All expert depositions shall be completed by May 31, 2007.

5. Counsel shall appear for a case management conference on June 6, 2007, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

        /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
Chief Magistrate Judge

Case 3:05-cv-30068-KPN    Document 32    Filed 12/19/2006    Page 2 of 2