**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC., <br>     Plaintiff, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, INC. <br> & IOS CAPITAL, INC. d/b/a <br> IKON FINANCIAL SERVICES, <br>     Defendants. | 3:05-CV-30068-KPN |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND PERIOD TO RESPOND TO IKON OFFICE SOLUTION, INC.'S MOTION FOR PROTECTIVE ORDER**

Now Comes, Human Resource Development Press, Inc. (the "Plaintiff"), and hereby seeks an extension to the period within which the Plaintiff may respond to Ikon Office Solutions, Inc.'s Motion For A Protective Order ("Motion"). In support thereof the Plaintiff states as follows:

1) Margaret M. Noonan, the mother of Counsel for the Plaintiff ("Counsel") is 89 years of age and gravely ill ("Margaret"). Margaret is in a "hospice unit" at a nursing home in Duxbury, Massachusetts. As a result of Margaret's condition Counsel has recently spent a considerable amount of time away from the practice of law. As a result of personal observations, consultations with the physicians and nurses for Margaret, Counsel has been determined that there is a very high probability that Margaret will pass sometime during the next few days.

2) As a result of the impending death of Margaret, Counsel represents that there is just cause for extending the period of time within which he may respond

to the Motion so as to afford Counsel the opportunity to attend to Margaret both prior to and subsequent to her death.

3)      Counsel for Ikon Office Solutions, Inc. has graciously assented to this motion and the allowance of this motion will not prejudice either party.

WHEREFORE, Counsel for the Plaintiff hereby moves for the issuance of an Order extending the period of time within which he may respond to the Motion to and through March 9th, 2007.

Respectfully submitted, this the 23rd day of February, 2007.

                                                HUMAN RESOURCE
                                                DEVELOPMENT PRESS, INC.

                                                /S/ David J. Noonan
                                                David J. Noonan, Esq.
                                                Amherst, MA 01002
                                                Tel. 413-549-5491
                                                Fax: 413-549-5156
                                                BBO#373260

## CERTIFICATE OF SERVICE

I, DAVID J. NOONAN, ESQ., hereby certify that on the 23rd day of February, 2007 a copy of the herein PLAINTIFF'S ASSENTED TO MOTION TO EXTEND PERIOD TO RESPOND TO IKON OFFICE SOLUTION, INC.'S MOTION FOR PROTECTIVE ORDER was served by electronic mail notice upon the counsel

and/or parties listed below or served by first class, regular mail, postage prepaid to all parties listed as receiving service by mail.

/s/ David J. Noonan, Esq.

The following is the list of attorneys who are currently on the list to receive e-mail notices and service for this case.

- **Bradford S. Babbitt**      **Brett Boskiewicz**
  bbabbitt@rc.com                bboskiewicz@rc.com

The following is the list of attorneys who are currently on the list to receive service and notices for this case by regular mail.

**None**