UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS INC., <br>         Plaintiff, <br> <br> v. <br> <br> IKON OFFICE SOLUTIONS, INC. & IOS CAPITAL, INC. d/b/a IKON FINANCIAL SERVICES, <br>         Defendants. | : <br> : <br> : <br> : <br> : 3:05-CV-30068-KPN <br> : <br> : <br> : <br> : <br> : <br> : |

**IKON OFFICE SOLUTIONS, INC.'S
REQUEST FOR ORAL ARGUMENT ON ITS
<u>MOTION FOR PROTECTIVE ORDER</u>**

IKON Office Solutions, Inc. ("IKON") hereby requests oral argument on its pending motion for protective order.  This motion involves clarifying the subject matter and scope of the remaining five hours in IKON's continued Rule 30(b)(6) deposition.  Oral argument will facilitate dialogue with the Court and between the parties and should reduce the possibility of further Court intervention concerning these issues.

                                        DEFENDANT,
                                        IKON OFFICE SOLUTIONS, INC.


                                        By    /s/  Brett J. Boskiewicz    
                                            Bradford S. Babbitt (BBO# 566390)
                                            e-mail: bbabbitt@rc.com
                                            Brett J. Boskiewicz (BBO# 656545)
                                            e-mail: bboskiewicz@rc.com
                                            Robinson & Cole LLP
                                            280 Trumbull Street
                                            Hartford, CT  06103-3597
                                            Tel. No.: (860) 275-8200
                                            Fax No.: (860) 275-8299

Dated:  March 16, 2007

2

**CERTIFICATE OF SERVICE**

      I hereby certify that Defendant IKON Office Solutions, Inc.'s Motion to Quash Deposition Subpoenas filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 16, 2006

                                                       _/ S /_ Brett J. Boskiewicz
                                                       Brett J. Boskiewicz