UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
HUMAN RESOURCE DEVELOPMENT )
PRESS, INC.,                        )
    Plaintiff,                  )
                                    )
v.                                  )     3:05-CV-30068-KPN
                                    )
IKON OFFICE SOLUTIONS, INC.         )
& IOS CAPITAL, INC. d/b/a           )
IKON FINANCIAL SERVICES,            )
    Defendants.                 )
_____ )


**PLAINTIFF'S MOTION TO EXTEND PERIOD TO DESIGNATE EXPERT WITNESS**

    Now Comes, Human Resource Development Press, Inc. (the "Plaintiff"), and hereby seeks an extension to the period within which the Plaintiff may designate its expert witness. In support thereof the Plaintiff states as follows:

1)     By prior Order of this Court the Plaintiff has to and through March 30th, 2007 to designate its expert witness and disclose the same to the Defendants.

2)     Due to certain discovery disputes and delays due to the illness and then death of the mother to Plaintiff's Counsel, discovery of Defendants' Rule 30 (b)(6) designee has not been completed. As a result of said delays and uncompleted discovery, Plaintiff is not prepared to designate its expert witness as seeks an extension to the period of time within which it may do so.

WHEREFORE, Plaintiff hereby moves for the issuance of an Order extending the period of time within which it may designate its expert witness to 30 days after the completion of its deposition of the Defendants' Rule 30 (b) (6) deponent(s).

Respectfully submitted, this the 30th day of March, 2007.

HUMAN RESOURCE
DEVELOPMENT PRESS, INC.

/S/ David J. Noonan
David J. Noonan, Esq.
Amherst, MA 01002
Tel. 413-549-5491
Fax: 413-549-5156
BBO#373260

## CERTIFICATE OF SERVICE

I, DAVID J. NOONAN, ESQ., hereby certify that on the 30th day of March, 2007 a copy of the herein PLAINTIFF'S MOTION TO EXTEND PERIOD TO DESIGNATE EXPERT WITNESS was served by electronic mail notice upon the counsel and/or parties listed below or served by first class, regular mail, postage prepaid to all parties listed as receiving service by mail.

/s/ David J. Noonan, Esq.

The following is the list of attorneys who are currently on the list to receive e-mail notices and service for this case.

- **Bradford S. Babbitt**   **Brett Boskiewicz**
  bbabbitt@rc.com            bboskiewicz@rc.com

The following is the list of attorneys who are currently on the list to receive service and notices for this case by regular mail.

**None**