UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HUMAN RESOURCE DEVELOPMENT )
PRESS, INC., )
        Plaintiff )
)
v. )    Civil Action No. 05-30068-KPN
)
)
IKON OFFICE SOLUTIONS, INC. & )
IOS CAPITAL, INC., d/b/a IKON )
FINANCIAL SERVICES, )
        Defendants )

REVISED SCHEDULING ORDER
April 3, 2007

NEIMAN, C.M.J.

    The following schedule was established at the case management conference this day:

1. The Rule 30(b)(6) deposition shall be completed by May 4, 2007.

2. Plaintiff shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by June 15, 2007, or inform the court in writing by that date that no experts will be designated.

3. If no experts are designated by Plaintiff, counsel will appear for a case management conference on June 20, 2007, at 10:00 a.m. in Courtroom Three. The June 6th conference previously scheduled is hereby cancelled.

4. If Plaintiff designates an expert, Defendants shall designate and disclose information regarding their experts as required by FED. R. CIV. P. 26(a)(2) by July 30, 2007.

5. All expert depositions shall be completed by September 14, 2007.

6. Counsel shall appear for a case management conference on September 28, 2007, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: April 3, 2007

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                Chief Magistrate Judge