UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS INC., <br>     Plaintiff, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, INC. & IOS CAPITAL, INC. d/b/a IKON FINANCIAL SERVICES, <br>     Defendants. | : <br> : <br> : <br> : <br> :   3:05-CV-30068-KPN <br> : <br> : <br> : <br> : <br> : |

**MOTION FOR LEAVE TO FILE BRIEF EXCEEDING TWENTY PAGES**

The defendant IKON Office Solutions, Inc. hereby moves for leave of court for permission to file a 26-page memorandum of law in support of its motion for summary judgment, exceeding L. Civ. R. 7.1(B)(4)'s page limit by <u>six</u> pages. The extensive factual record and nature of the plaintiff's allegations required a detailed factual chronology supported by record citations to multiple depositions and affidavits. These facts and lengthy record citations cover six pages alone and caused the memorandum to exceed the page limit.

WHEREFORE, IKON respectfully requests that Court grant it leave and allow it to file its summary judgment brief in excess of the 20-page limit.

                                                    DEFENDANT,
                                                    IKON OFFICE SOLUTIONS, INC.

                                                    By     /S/ Brett J. Boskiewicz
                                                        Bradford S. Babbitt (BBO# 566390)
                                                        e-mail: bbabbitt@rc.com
                                                        Brett J. Boskiewicz (BBO# 656545)
                                                        e-mail: bboskiewicz@rc.com
                                                        Robinson & Cole LLP
                                                        280 Trumbull Street
                                                        Hartford, CT 06103-3597
                                                        Tel. No.: (860) 275-8200

July 10, 2007                                                Fax No.: (860) 275-8299

## CERTIFICATE OF SERVICE

      I hereby certify that Defendant IKON Office Solutions, Inc.'s MOTION FOR LEAVE was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 10, 2007

                                              _/ S /_ Brett J. Boskiewicz_____
                                              Brett J. Boskiewicz