# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS INC., <br><br> Plaintiff, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, INC. & IOS CAPITAL, INC. d/b/a IKON FINANCIAL SERVICES, <br><br> Defendants. | : <br> : <br> : <br> : <br> : 3:05-CV-30068-KPN <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The defendant IKON Office Solutions, Inc.[1] ("IKON") hereby moves pursuant to Fed. R. Civ. P. 56 for summary judgment on Counts II, V, and VII of the First Amended Complaint. As demonstrated in the accompanying memorandum of law and D. Mass. L. Civ. R. 56.1 statement, the plaintiff's fraud, Article 9, and Chapter 93A claims do not present any genuine triable issues of fact and IKON is entitled to judgment as a matter of law.

In support of this motion, IKON relies on its accompanying L. Civ. R. 56.1 statement and its memorandum of law and supporting exhibits, which include (1) the Affidavit of Jeffrey Snyder, (2) excerpts from the deposition of Daniel Feldmann, (3) excerpts from the December 7, 2006 deposition of Jeffrey Snyder, (4) excerpts from the December 18, 2006 deposition of Jeffrey Snyder, (5) excerpts from the April 30, 2007 deposition of Jeffrey Snyder, (6) excerpts from the December 6, 2006 deposition of Glenn Robbins, and (7) the Affidavit of Glenn Robbins.

---

[1] HRD's 1998 and 2000 lease contracts were with IOS Capital, Inc., IKON Office Solutions, Inc.'s former subsidiary and finance company. IOS Capital, Inc. sold the majority of its lease portfolio and operations in an asset sale to General Electric Capital Corporation in 2004 (and later sold the remaining lease portfolio). IOS Capital, Inc.'s successor, IOS Capital LLC was merged into IKON Office Solutions, Inc. on or about March 30, 2004.

WHEREFORE, IKON respectfully requests that the Court grant this motion and enter summary judgment in its favor on Counts II, V, and VII of the First Amended Complaint.

REQUEST FOR ORAL ARGUMENT

IKON respectfully requests that the Court hear oral argument on this motion.

                DEFENDANT,
                IKON OFFICE SOLUTIONS, INC.

                By      /S/ Brett J. Boskiewicz
                  Bradford S. Babbitt (BBO# 566390)
                  e-mail: bbabbitt@rc.com
                  Brett J. Boskiewicz (BBO# 656545)
                  e-mail: bboskiewicz@rc.com
                  Robinson & Cole LLP
                  280 Trumbull Street
                  Hartford, CT  06103-3597
                  Tel. No.: (860) 275-8200
                  Fax No.: (860) 275-8299

July 10, 2007

## CERTIFICATE OF SERVICE

I hereby certify that Defendant IKON Office Solutions, Inc.'s DEFENDANT'S MOTION FOR SUMMARY JUDGMENT was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 10, 2007

    _/ S /_ Brett J. Boskiewicz_____
Brett J. Boskiewicz