UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC. & IOS CAPITAL, INC. d/b/a IKON FINANCIAL SERVICES,<br><br>Defendants. | 3:05-CV-30068-KPN |

## MOTION PURSUANT TO LOCAL RULE 7.1(B) (4) FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 20 PAGES

Human Resource Development Press, Inc. (the "Plaintiff") has prepared a detailed Memorandum of Law In Support Of Plaintiff's Opposition To Defendant's Motion For Summary Judgment ("Memorandum"). Due to the extensive factual record and the need to respond to the Defendant's numerous factual assertions raised in its Memorandum which is in excess of 20 pages, Plaintiff's Memorandum could not, without prejudicing Plaintiff's legal position, be keep to 20 pages. As a result, Plaintiff seeks leave to file its Memorandum consisting of 23 pages.

WHEREFORE, Plaintiff respectfully prays this Court to enter an Order, pursuant to Local Rule 7.1 (B)(4) granting Plaintiff leave to file its Memorandum consisting of 23 pages plus attached exhibits.

Respectfully submitted this the 27th day of July, 2007.

        The Plaintiff, Human Resources
        Development Press, Inc.
        By It's Attorney,

        /S/ David J. Noonan
        David J. Noonan, Esq.
        228 Triangle Street
        Amherst, MA 01002
        (413) 549-5491; (413) 549-5156 (fax)
        BBO # 373260