UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC., <br> Plaintiff, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, INC. <br> Defendant | 3:05-CV-30068-KPN |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now Comes, HUMAN RESOURCE DEVELOPMENT PRESS, INC., ('HRD") and opposes the Defendant's IKON OFFICE SOLUTIONS, INC., Motion For Summary Judgment and relies upon the facts, law and arguments set forth in HRD's Memorandum Of Law In Support Of Its Opposition To Defendant's Motion For Summary Judgment, the Affidavits of Robert Carkhuff and Gregory Carkhuff filed in support of this opposition and HRD's Response To IKON's Statement of Material Facts.

Respectfully submitted this the 27th day of July, 2007

Plaintiff, Human Resources Development
Press, Inc.
By It's Attorney,

/S/ David J. Noonan
David J. Noonan, Esq. BBO # 373260
228 Triangle Street
Amherst, MA 01002
(413) 549-5491; (413) 549-5156 (fax)