UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, INC. <br><br> Defendant | 3:05-CV-30068-KPN |

## CERTIFICATE OF SERVICE

The undersigned verifies that Human Resource Development Press, Inc.'s below listed pleadings:

    1) PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;
    2) MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;
    3) AFFIDAVIT OF GREGORY CARKHUFF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;
    4) AFFIDAVIT OF ROBERT CARKHUFF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;
    5) PLAINTIFF'S RESPONSE TO DEFENDANT'S L. CIV. R. 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;
    6) MOTION PURSUANT TO LOCAL RULE 7.1(B) (4) FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 20 PAGES

were served upon counsel for the Defendant on July 27, 2007, by electronic mail notice upon the counsel and/or parties listed below or served by first class, regular mail, postage prepaid to all parties listed as receiving service by mail.

The following is the list of attorneys who are currently on the list to receive e-mail notices and service for this case.

- **Bradford S. Babbitt**     **Brett Boskiewicz**
  bbabbitt@rc.com            bboskiewicz@rc.com

The following is the list of attorneys who are currently on the list to receive service and notices for this case by regular mail.

**None**

Human Resource Development Press, Inc.
By Its: Counsel

s/s David J. Noonan, Esq.
228 Triangle Street
Amherst, MA 01002
Tel: (413) 549-5491
Fax: (413) 549-5156
MA Bar # 373260