# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| | )     3:05-CV-30068-KPN |
| IKON OFFICE SOLUTIONS, INC. | ) |
| & IOS CAPITAL, INC. d/b/a | ) |
| IKON FINANCIAL SERVICES | ) |
| Defendants. | ) |

## DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY BRIEF

Pursuant to LR. 7.1(B)(3), the defendant IKON Office Solutions, Inc. ("IKON") requests leave of court to file a reply to Human Resource Development Press, Inc.'s ("HRD") opposition to IKON's motion for summary judgment.  Specifically, IKON's proposed reply brief will address the legal arguments and authority set forth in Sections VIII, IX, and X of HRD's opposition brief and will not exceed 15 pages.

WHEREFORE, IKON requests that the Court grant it leave to file a reply to HRD's opposition to its summary judgment motion and/or grant IKON's request for oral argument on its summary judgment motion.

DEFENDANT,
IKON OFFICE SOLUTIONS, INC.


By_____/S/ Brett J. Boskiewicz_____
    Bradford S. Babbitt (BBO# 566390)
    e-mail: bbabbitt@rc.com
    Brett J. Boskiewicz (BBO# 656545)
    e-mail: bboskiewicz@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT  06103-3597
    Tel. No.: (860) 275-8200
    Fax No.: (860) 275-8299

August 3, 2007

**<u>CERTIFICATION</u>**

I hereby certify that Defendant IKON Office Solutions, Inc.'s MOTION FOR LEAVE TO FILE REPLY BRIEF was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 3, 2007

 / S /  Brett J. Boskiewicz_____ _____
Brett J. Boskiewicz