**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____<br>)<br>HUMAN RESOURCE DEVELOPMENT )<br>PRESS, INC.,                                          )<br>     Plaintiff,                                            )<br>                                                                )<br>v.                                                             )<br>                                                                )<br>IKON OFFICE SOLUTIONS, INC.      )<br>&IOS CAPITAL, INC. d/b/a               )<br>IKON FINANCIAL SERVICES,         )<br>     Defendants.                                      )<br>_____) | 3:05-CV-30068-KPN |

**PLAINTIFF'S MOTION PURSUANT TO LOCAL RULE 7.1(B)(3) FOR LEAVE TO FILE A RESPONSE TO DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Human Resource Development Press, Inc. (the "HRD") requests ,pursuant to Local Rule 7.1(B) (3), for leave of Court to file a Response to Defendant's Opposition to HRD's Motion For Leave to File Second Amended Complaint ("Opposition").  The proposed Response does not exceed 10 pages and will address the assertions made by the Defendant in its Opposition.

Respectfully submitted this the 9th of August, 2007.

HUMAN RESOURCE
DEVELOPMENT PRESS, INC.

/S/ David J. Noonan
David J. Noonan, Esq.
228 Triangle Street
Amherst, MA  01002
Tel: (413)  549-5491
Fax:(413)  549-5156
Email: david.noonan@verizon.net

B.B.O. NO. 373260
## CERTIFICATE OF SERVICE

The undersigned verifies that Plaintiff's Motion Pursuant To Local Rule 7.1(B)(3) For Leave To File A Response To Defendant's Opposition was served by electronic mail notice upon the counsel and/or parties. The following is the list of attorneys who are currently on the list to receive e-mail notices and service for this case.

- **Bradford S. Babbitt**     **Brett Boskiewicz**

    bbabbitt@rc.com            bboskiewicz@rc.com

The following is the list of attorneys who are currently on the list to receive service and notices for this case by regular mail.

**None**

Human Resource Development Press, Inc.
By Its: Counsel

s/s David J. Noonan, Esq.
228 Triangle Street
Amherst, MA 01002
Tel: (413) 549-5491
Fax: (413) 549-5156
MA Bar # 373260

2