**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ )<br>HUMAN RESOURCE DEVELOPMENT )<br>PRESS, INC., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>IKON OFFICE SOLUTIONS, INC. )<br>&IOS CAPITAL, INC. d/b/a )<br>IKON FINANCIAL SERVICES, )<br>    Defendants. )<br>_____ ) | 3:05-CV-30068-KPN |

**PLAINTIFF'S MOTION PURSUANT TO LOCAL RULE 7.1(B)(3) FOR LEAVE TO FILE A RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT**

Human Resource Development Press, Inc. (the "HRD") requests, pursuant to Local Rule 7.1(B) (3), for leave of Court to file a Response to Defendant's Reply to HRD's Opposition To Motion For summary Judgment ("Reply"). The proposed Response will not exceed 10 pages and will address the assertions made by the Defendant in its Reply.

Respectfully submitted this the 16th of August, 2007.

                                                              HUMAN RESOURCE
                                                              DEVELOPMENT PRESS, INC.

                                                              /S/ David J. Noonan
                                                              David J. Noonan, Esq.
                                                              228 Triangle Street
                                                              Amherst, MA  01002
                                                              Tel: (413)  549-5491
                                                              Fax:(413)  549-5156
                                                              Email: david.noonan@verizon.net
                                                              B.B.O. NO. 373260

## **CERTIFICATE OF SERVICE**

The undersigned verifies that Plaintiff's Motion Pursuant To Local Rule 7.1(B)(3) For Leave To File A Response To Defendant's Reply was served by electronic mail notice upon the counsel and/or parties. The following is the list of attorneys who are currently on the list to receive e-mail notices and service for this case.

- **Bradford S. Babbitt**        **Brett Boskiewicz**

    bbabbitt@rc.com            bboskiewicz@rc.com


The following is the list of attorneys who are currently on the list to receive service and notices for this case by regular mail.

   **None**


Human Resource Development Press, Inc.
By Its: Counsel

/S/ David J. Noonan, Esq.
228 Triangle Street
Amherst, MA 01002
Tel: (413) 549-5491
Fax: (413) 549-5156
B.B.O. # 373260

2