UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS INC., <br><br> Plaintiff, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, INC. & IOS CAPITAL, INC. d/b/a IKON FINANCIAL SERVICES, <br><br> Defendants. | 3:05-CV-30068-KPN |

**OPPOSITION TO MOTION FOR LEAVE TO FILE REPLY BRIEF**

IKON Office Solutions, Inc. ("IKON") hereby objects to and opposes Human Resource Development Press, Inc.'s ("HRD") motion for leave (No. 57) to file a response to IKON's reply to HRD's opposition to IKON's summary judgment motion. The summary judgment issues have been fully briefed by both parties. IKON's reply brief discusses cases that HRD cited in its opposition and makes legal arguments to refute HRD's position. HRD had ample opportunity to fully set forth its legal arguments. This Court is quite capable of reviewing and interpreting the cited case law and the parties' positions. Accordingly, there is no need for HRD to respond to IKON's responses to HRD's arguments.

In addition, HRD's motion for leave fails to comply with L. Civ. R. 7.1 because it fails to provide any reasons to support its request for leave. Accordingly, the Court should deny HRD's motion for leave.

DEFENDANT,
IKON OFFICE SOLUTIONS, INC.


By        /S/ Brett J. Boskiewicz
    Bradford S. Babbitt (BBO# 566390)
    e-mail: bbabbitt@rc.com
    Brett J. Boskiewicz (BBO# 656545)
    e-mail: bboskiewicz@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT  06103-3597
    Tel. No.: (860) 275-8200
August 17, 2007    Fax No.: (860) 275-8299

**CERTIFICATE OF SERVICE**

  I hereby certify that Defendant IKON Office Solutions, Inc.'s OPPOSITION TO MOTION FOR LEAVE TO FILE REPLY BRIEF was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 17, 2007

                 _/ S /_ Brett J. Boskiewicz _____
                 Brett J. Boskiewicz