**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                        )
HUMAN RESOURCE DEVELOPMENT )
PRESS, INC.,                             )
     Plaintiff,                          )
                                        )
v.                                        )          3:05-CV-30068-KPN
                                        )
IKON OFFICE SOLUTIONS, INC.   )
& IOS CAPITAL, INC. d/b/a        )
IKON FINANCIAL SERVICES,    )
     Defendants.                   )
_____ )


**PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE TRIAL & DESIGNATE**
**& REFER THIS CIVIL ACTION FOR MEDIATION**


Now Comes, Human Resource Development Press, Inc. (the "Plaintiff"), with the assent of the Defendant, and hereby seeks a continuation of the trial of this civil action presently scheduled for November 5, 2007. In support thereof the Plaintiff states as follows:

1) The present civil action is scheduled for a jury trial for Monday, November 5, 2007. The issues involved in said trial directly relate to a contract which has been assigned to GE Capital Tech. Information Solutions, d/b/a Ikon Financial Services, as successor by merger of IOS Capital, LLC ("GE Capital").

2) GE Capital as a plaintiff and HRD Press as a plaintiff in counterclaim presently have claims against each other in a civil action pending before this

Court and designated as Civil Action No: 07-30152. The Plaintiff's counterclaim versus GE Capital to a large extent relies on facts which have been asserted in the present action and which the Plaintiff will seek to prove at the trial of the present action ("GE Civil Action").

3)    On or about October 15, 2007 counsel for the Defendant informed the Plaintiff that the Defendant and GE Capital are both willing to participate in a three way mediation before United States Magistrate Judge, Judith Dein in Boston, Massachusetts. Both the Defendant and GE Capital have represented that they will have counsel and principals with full settlement authority participate in said mediation. A mediation session has tentatively been scheduled for Wednesday, October 24 at 10 a.m. in Boston. A successful mediation process would resolve disputes in two separate civil actions as referenced above

4)    The Plaintiff, whose counsel is a solo practitioner, is willing to participate in said mediation with the principals of the Plaintiff in attendance but cannot do so if it and he must simultaneously:

    A) divert time and attention from preparing for the trial of this matter in order to properly prepare for presenting issues relating to the Plaintiff's counterclaim in the GE Civil Action, including certain complicated Uniform Commercial Code issues which are no longer active in the present civil action and which Plaintiff's counsel would otherwise not be presently spending time preparing for; and

B) incur the loss of a full day to participate in said mediation which could otherwise be used to prepare for trial; and

C) continue to simultaneously prepare for trial; and

D) incur substantial costs for both preparing for and participating in the mediation and continuing trial preparation which, if the mediation is successful, will be time and expense needlessly incurred and the occurrence of said costs will make mediating a final disposition of both civil actions more difficult from the Plaintiff's prospective.

5)     Plaintiff represents that all of the considerations set forth in paragraph 4 above support and justify the herein request to continue the November 5, 2007 trial.

6)     As a result, Plaintiff, with the assent of the Defendant, seeks a continuance of the trial scheduled for November 5, 2007 to a date not later than April 5, 2008 and also seeks the entry of an Order assigning this civil action to United States Magistrate Judge Judith Dein for mediation to occur on October 24, 2007 and/or the next date available for Judge Dein and the parties.

WHEREFORE, Plaintiff, with the full assent of the Defendant, hereby moves for an Order continuing the trial of this civil action presently scheduled for November 5, 2007 to a date not sooner than December 10th, 2007 but not later than April 5, 2008, so as to afford the parties the opportunity to participate in a

three-way mediation with GE Capital and for an Order designating this civil action to United States Magistrate Judge Judith Dein for mediation.

Respectfully submitted, this the 16th day of October, 2007.

                                  HUMAN RESOURCE
                                  DEVELOPMENT PRESS, INC.

                                  /S/ David J. Noonan
                                  David J. Noonan, Esq.
                                  Amherst, MA 01002
                                  Tel. 413-549-5491
                                  Fax: 413-549-5156
                                  BBO#373260

## **CERTIFICATE OF SERVICE**

I, DAVID J. NOONAN, ESQ., hereby certify that on the 16th day of October, 2007 a copy of the herein PLAINTIFF'S MOTION TO PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE TRIAL & DESIGNATE & REFER THIS CIVIL ACTION FOR MEDIATION  was served by electronic mail notice upon the counsel and/or parties listed below or served by first class, regular mail, postage prepaid to all parties listed as receiving service by mail.

                                  /s/ David J. Noonan, Esq.

The following is the list of attorneys who are currently on the list to receive e-mail notices and service for this case.

IKON Counsel

- **Bradford S. Babbitt**     **Brett Boskiewicz**
  bbabbitt@rc.com            bboskiewicz@rc.com

With courtesy copies emailed directly to

GE Capital's Counsel

**Lewis J. Cohn**              **Michael Theodore**

lcohn@cohnanddussi.com     mtheodore@cohnanddussi.com

The following is the list of attorneys who are currently on the list to receive service and notices for this case by regular mail.

**None**

5