UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                           )
HUMAN RESOURCE DEVELOPMENT  )
PRESS, INC.,                                           )
    Plaintiff,                                        )
                                                           )
v.                                                         )    3:05-CV-30068-KPN
                                                           )
IKON OFFICE SOLUTIONS, INC.        )
& IOS CAPITAL, INC. d/b/a               )
IKON FINANCIAL SERVICES,            )
    Defendants.                                   )
_____ )

**PLAINTIFF'S MOTION FOR PROPOSED VOIR DIRE QUESTIONS**

NOW COMES, Now Comes, Human Resource Development Press, Inc. (the "Plaintiff") and respectfully pray this Court to ask as part of the process of impaneling the Jury in this matter the following questions:

1. Have you or any member of your family ever been and employed by a photocopier/printer manufacturer?

2. Have you or any member of your family ever been and employed by a photocopier/printer distributor?

3. Have you or any member of your family ever employed as a salesperson for a photocopier/printer distributor?

4. Have you or any member of your family ever employed as a salesperson for a photocopier/printer manufacturer?

5. Have you or any member of your family ever been employed as a salesperson where you were paid either partially or wholly by commission?

6. Have you or any member of your family ever been a defendant in a civil action in which it was alleged that you, he or she committed fraud?

7. Have you or any member of your family ever been a defendant in a criminal action in which it was alleged that you, he or she committed fraud?

8. Have you or any member of your family ever been a defendant in a civil action?

9. Have you or any member of your family ever applied for a job with the Plaintiff or held a position with the Plaintiff?

10. For any juror who discloses on his or her juror "questionnaire" that he or she is retired, please request the potential juror to disclose their former occupation.

Respectfully submitted, this the 18th day of October, 2007.

HUMAN RESOURCE
DEVELOPMENT PRESS, INC.

/S/ David J. Noonan
David J. Noonan, Esq.
Amherst, MA 01002
Tel. 413-549-5491
Fax: 413-549-5156
BBO#373260

## **CERTIFICATE OF SERVICE**

I, DAVID J. NOONAN, ESQ., hereby certify that on the 18 day of October, 2007 a copy of the herein PLAINTIFF'S MOTION FOR PROPOSED VOIR DIRE QUESTIONS was served by electronic mail notice upon the counsel and/or parties listed below or served by first class, regular mail, postage prepaid to all parties listed as receiving service by mail.

                                                                                       /s/ David J. Noonan, Esq.

The following is the list of attorneys who are currently on the list to receive e-mail notices and service for this case.

IKON Counsel

- **Bradford S. Babbitt**     **Brett Boskiewicz**
  bbabbitt@rc.com           bboskiewicz@rc.com