UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS INC., <br><br> Plaintiff, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, INC. & IOS CAPITAL, INC. d/b/a IKON FINANCIAL SERVICES, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> :     3:05-CV-30068-KPN <br> : <br> : <br> : <br> : <br> : <br> : |

**MOTION IN LIMINE TO PRECLUDE TESTIMONY OF WITNESSES NOT IDENTIFIED IN INITIAL DISCLOSURES**

The defendant IKON Office Solutions, Inc. ("IKON") hereby moves *in limine* to preclude the plaintiff Human Resource Development Press, Inc. ("HRD") from offering testimony from Don Collins, Joe Bach, or any other witness not identified in its initial disclosures.

Rule 26(a) required HRD to identify all persons likely to have discoverable information that the disclosing party may use to support its claims. *See* Fed. R. Civ. P. 26(a)(1)(A). HRD identified Robert Carkhuff, Gregory Carkhuff, and certain persons from IKON in response to this requirement. It did not identify Don Collins or Joe Bach. Accordingly, HRD is precluded from offering these witnesses at trial. *See* Fed. R. Civ. P. 37(c)(1); *Ortiz-Lopez v. Sociedad Espanola de Auxilo Mutuo y Beneficia de Puerto Rico*, 248 F.3d 29, 34 (1st Cir. 2001) (Rule 37(c)(1) provides a "self-executing, mandatory sanction for failure to make a disclosure required by Rule 26(a).")

WHEREFORE, IKON respectfully requests that the Court preclude HRD from offering testimony from Don Collins, Joe Bach, or any other witness not identified in its initial disclosures.

        DEFENDANT,
        IKON OFFICE SOLUTIONS, INC.


By    /S/ Brett J. Boskiewicz
    Bradford S. Babbitt (BBO# 566390)
    e-mail: bbabbitt@rc.com
    Brett J. Boskiewicz (BBO# 656545)
    e-mail: bboskiewicz@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT  06103-3597
    Tel. No.: (860) 275-8200
    Fax No.: (860) 275-8299

October 19, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that Defendant IKON Office Solutions, Inc.'s MOTION IN LIMINE TO PRECLUDE TESTIMONY OF WITNESSES NOT IDENTIFIED IN INITIAL DISCLOSURES was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 19, 2007

      / S / Brett J. Boskiewicz
      Brett J. Boskiewicz

3