UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS INC., <br><br> Plaintiff, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, INC. & IOS CAPITAL, INC. d/b/a IKON FINANCIAL SERVICES, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : 3:05-CV-30068-KPN <br> : <br> : <br> : <br> : <br> : <br> : |

**MOTION IN LIMINE TO EXCLUDE EVIDENCE
CONCERNING NEGOTIATION OF THE FIRST LEASE**

The defendant IKON Office Solutions, Inc. ("IKON") hereby moves *in limine* to preclude the plaintiff Human Resource Development Press, Inc. ("HRD") from offering the following evidence at trial:

> Any evidence concerning any discussions or statements made by IKON concerning the First Equipment before HRD executed the First Lease.

Specifically, IKON seeks to preclude HRD from offering any evidence to support or suggest that IKON misrepresented the quality, capacity, or capabilities of the First Equipment or that IKON intentionally misrepresented that the First Equipment would meet HRD's copying needs when IKON knew that it would not. Any such evidence is irrelevant to the pending claims.

Relevant evidence "means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." Fed. R. Evid. 401; *U.S. v. Maldonado-Garcia*, 446 F.3d 227, 232 (1st Cir. 2006). HRD's fraud and Chapter 93A claims are based on whether IKON made a

false statement to HRD that the Second Lease would not include the remaining obligation on the First Equipment. HRD claims that IKON made these alleged false statements in May or June 2000. Any statements that were allegedly made in 1998 concerning the quality, capabilities, or capacity of the First Equipment do not shed any light on whether IKON made false statements two years later concerning HRD's payment obligations. Such statements are therefore irrelevant to HRD's pending claims. *Id.*

WHEREFORE, IKON respectfully requests that the Court exclude any evidence concerning any discussions or statements made by IKON concerning the First Equipment before HRD executed the First Lease.

DEFENDANT,
IKON OFFICE SOLUTIONS, INC.


By  /S/ Brett J. Boskiewicz
    Bradford S. Babbitt (BBO# 566390)
    e-mail: bbabbitt@rc.com
    Brett J. Boskiewicz (BBO# 656545)
    e-mail: bboskiewicz@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT  06103-3597
    Tel. No.: (860) 275-8200
    Fax No.: (860) 275-8299

October 19, 2007

2

**CERTIFICATE OF SERVICE**

      I hereby certify that Defendant IKON Office Solutions, Inc.'s MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING NEGOTIATION OF THE FIRST LEASE was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 19, 2007

      / S / Brett J. Boskiewicz
      Brett J. Boskiewicz