UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 3:05-CV-30068-KPN |
| | : | |
| IKON OFFICE SOLUTIONS, INC. & IOS CAPITAL, INC. d/b/a IKON FINANCIAL SERVICES, | : | |
| | : | |
| Defendants. | : | |

## IKON OFFICE SOLUTIONS, INC.'S PROPOSED VOIR DIRE QUESTIONS

1.  Do you pay your bills on time?

2.  Have you ever had a debt referred to a collection agency?

3.  Have you ever been sued by someone to whom you owed money?

4.  Have you ever disputed a charge on a bill or bank statement or questioned a charge that you didn't recognize?

5.  Have you ever signed a contract for any type of service?

6.  Did you read that contract before you signed it?

7.  Do you understand that the law presumes that you have read a contract that you have signed?

8.  Do you own your own business?

9. Do you own or work in a family-owned business or with any family member?

10. Have you ever worked in a family-owned business that was not successful financially?

11. Have you ever leased any kind of equipment?

12. If so, have you upgraded or leased new equipment from the same company before your lease term had expired?

13. Have you ever leased a car?

14. Have you ever upgraded or cancelled a car lease before the end of its term?

15. Have you ever been a party to a lawsuit?

16. Have you ever been accused of lying?

17. Have you ever declared bankruptcy?

18. Have you ever been laid off or lost employment due to an employer's bankruptcy or financial hardship?

19. Do you own any stock in a large public corporation?

20. Do you believe that large corporations are greedy and take advantage of people or smaller businesses?

21. Do you believe that most large corporations act unethically?

22. Could you return a verdict for the defendant if you believe the defendant lied to the plaintiff but that lie did not harm the plaintiff or cause it to make a different decision?

23. Have you ever worked for or done any business with IKON Office Solutions, Inc. or related company?

24. Have you ever worked for or done any business with any other document production equipment company?

                DEFENDANT,
                IKON OFFICE SOLUTIONS, INC.

                By       /S/ Brett J. Boskiewicz
                   Bradford S. Babbitt (BBO# 566390)
                   e-mail: bbabbitt@rc.com
                   Brett J. Boskiewicz (BBO# 656545)
                   e-mail: bboskiewicz@rc.com
                   Robinson & Cole LLP
                   280 Trumbull Street
                   Hartford, CT  06103-3597
                   Tel. No.: (860) 275-8200
October 19, 2007        Fax No.: (860) 275-8299

**CERTIFICATE OF SERVICE**

      I hereby certify that Defendant IKON Office Solutions, Inc.'s IKON OFFICE SOLUTIONS, INC.'S PROPOSED VOIR DIRE QUESTIONS was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 19, 2007.

                                                  / S / Brett J. Boskiewicz
                                                  Brett J. Boskiewicz