UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC., <br><br>    Plaintiff, <br><br>v. <br><br>IKON OFFICE SOLUTIONS, INC., & IOS CAPITAL, INC., d/b/a/ IKON FINANCIAL SERVICES, <br><br>    Defendants. | 3:05-CV-30068-KPN |

**OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF THE DISPOSITION OF THE FIRST EQUIPMENT**

The Plaintiff, Human Resource Development Press, Inc. ("HRD") hereby opposes the Defendant, IKON Office Solutions, Inc's ("IKON") Motion to Preclude Evidence of The Disposition of First Equipment ("Motion"). In support thereof HRD states as follows:

1) IKON's Motion argues that it will be prejudiced if HRD is allowed to introduce evidence to explain to the jury what IKON did with the First Equipment. Any alleged prejudice will certainly be outweighed by the prejudice to HRD if it cannot introduce evidence which is consistent its legal theory pursuant to its fraud count

1

that HRD did in fact "swap" the First Equipment for the Second Equipment and should not have any legal obligation or payments under the First Agreement.

2) Unless HRD is allowed to explain that it no longer had use or possession of the First Equipment and did not receive value for the First Equipment a jury may prejudicially determine that HRD had some obligation to continue to pay for the First Equipment.

    Wherefore the Plaintiff, Human Resource Development Press, Inc., requests that the Court deny the Defendant, IKON Office Solutions, Inc.'s Motion in Limine to Preclude Evidence of Concerning the Disposition of the First Equipment.

THE PLAINTIFF
Human Resource Development Press, Inc.
By Its Counsel

/s/ David J. Noonan, Esq.
228 Triangle Street
Amherst, MA  01002
Tel: 413-549-5491
Fax: 413-549-5156
david.noonan@verizon.net
BBO# 373260

**CERTIFICATE OF SERVICE**

2

I, DAVID J. NOONAN, ESQ., hereby certify that on the 22 day of October, 2007 a copy of the herein PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF THE DISPOSITION OF THE FIRST EQUIPMENT was served by electronic mail notice upon the counsel and/or parties listed below or served by first class, regular mail, postage prepaid to all parties listed as receiving service by mail.

The following is the list of attorneys who are currently on the list to receive e-mail notices and service for this case.

IKON Counsel

- **Bradford S. Babbitt**　　**Brett Boskiewicz**
  bbabbitt@rc.com　　bboskiewicz@rc.com

　　　　　　　　　　　　　　　　　　/s/ David J. Noonan, Esq.

3