UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, INC., & IOS CAPITAL, INC., d/b/a/ IKON FINANCIAL SERVICES, <br><br> Defendants. | 3:05-CV-30068-KPN |

**OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE RELATING TO HRD'S CHAPTER 93A CLAIM**

The Plaintiff, Human Resource Development Press, Inc. ("HRD") hereby opposes the Defendant, IKON Office Solutions, Inc's ("IKON") Motion to Preclude Evidence Relating to HRD's Chapter 93A Claim ("Motion"). In support thereof HRD states as follows:

1) Facts which establish the basis for a finding of a violation of M.G.L. c. 93A do not in and of themselves have to constitute a separate violation of law such as fraud or deceit. M.G.L. c. 93A prohibits all deceptive acts or practices, and an act or practice is deceptive if it possesses "a tendency to deceive." *Leardi v. Brown*, 394 Mass. 151, 156 (1985). A practice is deceptive if it "could reasonably

1

be found to have caused a person to act differently from the way he [or she] otherwise would have acted." *Purity Supreme, Inc. v. Attorney General*, 377 Mass. 37, 51 (1979).

2) IKON' s Motion seeks to prevent the introduction of evidence unless each fact sought to be introduced in and of itself constitutes a violation of law which could be framed as a separate count in a complaint. The fact that the Court has previously dismissed certain counts including HRD's usury and UCC counts does not provide a justification from preventing the jury and this Court from hearing facts which when combined would tend to establish that IKON has engaged in an unfair and deceptive business practice in its commercial dealings with HRD.

      Wherefore the Plaintiff, Human Resource Development Press, Inc., requests that the Court deny the Defendant, IKON Office Solutions, Inc.'s Motion in Limine to Preclude Evidence Relating to HRD's Chapter 93A Claim.

                                  THE PLAINTIFF
                                  Human Resource Development Press, Inc.
                                  By Its Counsel

                                  /s/ David J. Noonan, Esq.
                                  228 Triangle Street
                                  Amherst, MA  01002
                                  Tel: 413-549-5491
                                  Fax: 413-549-5156
                                  david.noonan@verizon.net
                                  BBO# 373260

## CERTIFICATE OF SERVICE

I, DAVID J. NOONAN, ESQ., hereby certify that on the 22 day of October, 2007 a copy of the herein PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE RELATING TO HRD'S CHAPTER 93A CLAIM was served by electronic mail notice upon the counsel and/or parties listed below or served by first class, regular mail, postage prepaid to all parties listed as receiving service by mail.

The following is the list of attorneys who are currently on the list to receive e-mail notices and service for this case.

IKON Counsel

- **Bradford S. Babbitt**     Brett Boskiewicz
  bbabbitt@rc.com             bboskiewicz@rc.com

/s/ David J. Noonan, Esq.