UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, INC., & IOS CAPITAL, INC., d/b/a/ IKON FINANCIAL SERVICES, <br><br> Defendants. | 3:05-CV-30068-KPN |

**OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE CONCERNING NEGOTIATIONS OF THE FIRST "LEASE"**

The Plaintiff, Human Resource Development Press, Inc. ("HRD") hereby opposes the Defendant, IKON Office Solutions, Inc's ("IKON") Motion to Preclude Evidence Concerning Negotiation of the First Lease ("Motion"). In support thereof HRD states as follows:

1) HRD's right to present evidence which supports its claim of fraud and misrepresentation will be directly prejudiced if HRD is prevented from establishing that IKON's failed to disclose to HRD during the negotiation of the First Agreement whether it was "rolling into" the First Agreement dollars which may have been due and owing on the pre-existing agreement. Evidence of prior

1

acts which are consistent with the fraud alleged with respect to the Second Agreement is clearly admissible.

2) Unless HRD is allowed to introduce evidence which explains IKON's business practice in negotiating contracts HRD's right to introduce evidence to support its Chapter 93A claim will be prejudiced.

Wherefore the Plaintiff, Human Resource Development Press, Inc., requests that the Court deny the Defendant, IKON Office Solutions, Inc.'s Motion in Limine to Preclude Evidence Concerning Negotiation of the First Lease.

        THE PLAINTIFF
        Human Resource Development Press, Inc.
        By Its Counsel

        /s/ David J. Noonan, Esq.
        228 Triangle Street
        Amherst, MA  01002
        Tel: 413-549-5491
        Fax: 413-549-5156
        david.noonan@verizon.net
        BBO# 373260

**CERTIFICATE OF SERVICE**

I, DAVID J. NOONAN, ESQ., hereby certify that on the 22 day of October, 2007 a copy of the herein PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE CONCERNING NEGOTIATION OF THE

FIRST LEASE was served by electronic mail notice upon the counsel and/or parties listed below or served by first class, regular mail, postage prepaid to all parties listed as receiving service by mail.

The following is the list of attorneys who are currently on the list to receive e-mail notices and service for this case.

IKON Counsel

- **Bradford S. Babbitt**     **Brett Boskiewicz**
  bbabbitt@rc.com            bboskiewicz@rc.com

/s/ David J. Noonan, Esq.

3