**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, INC., & IOS CAPITAL, INC., d/b/a/ IKON FINANCIAL SERVICES, <br><br> Defendants. | 3:05-CV-30068-KPN |

**OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE TESTIMONY OF WITNESSES NOT IDENTIFIED IN INITIAL DISCLSOURES**

The Plaintiff, Human Resource Development Press, Inc. ("HRD") hereby opposes the Defendant, IKON Office Solutions, Inc's ("IKON") Motion to Preclude Evidence Concerning Negotiation of the First Lease ("Motion"). In support thereof HRD states as follows:

1) HRD agrees to be bound to only present witnesses identified its Initial Disclosures as long as IKON is bound by the application of the same rule of law.

2) HRD however reserves the right to call rebuttal witnesses not identified in its Initial Disclosures including but not limited to Don Collins and Joe Bach.

1

Wherefore the Plaintiff, Human Resource Development Press, Inc., requests that the Court deny, to the degree set forth herein, the Defendant, IKON Office Solutions, Inc.'s Motion in Limine to Preclude Testimony of Witnesses Not Identified in Initial Disclosures.

THE PLAINTIFF
Human Resource Development Press, Inc.
By Its Counsel

/s/ David J. Noonan, Esq.
228 Triangle Street
Amherst, MA  01002
Tel: 413-549-5491
Fax: 413-549-5156
david.noonan@verizon.net
BBO# 373260

**CERTIFICATE OF SERVICE**

I, DAVID J. NOONAN, ESQ., hereby certify that on the 22 day of October, 2007 a copy of the herein PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE  TESTIMONY OF WITNESSES NOT IDENTIFIED IN INITIAL DISCLSOURES was served by electronic mail notice upon the counsel and/or parties listed below or served by first class, regular mail, postage prepaid to all parties listed as receiving service by mail.

The following is the list of attorneys who are currently on the list to receive e-mail notices and service for this case.

2

IKON Counsel

- **Bradford S. Babbitt**      **Brett Boskiewicz**
  bbabbitt@rc.com              bboskiewicz@rc.com

        /s/ David J. Noonan, Esq.