UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HUMAN RESOURCES | ) | |
| DEVELOPMENT PRESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-30068-KPN |
| | ) | |
| IKON OFFICE SOLUTIONS | ) | |
| COMPANY, INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**REPORT RE: REFERENCE FOR
<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE NEIMAN

[ X ]   On  October 24, 2007 , I held the following ADR proceeding:

|   | SCREENING CONFERENCE |   | EARLY NEUTRAL EVALUATION |
|---|---|---|---|
| X | MEDIATION |   | SUMMARY BENCH/JURY TRIAL |
|   | MINI-TRIAL |   | SETTLEMENT CONFERENCE |

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ X ]   Settled. Your clerk should enter a 30-day order of dismissal.

[  ]   There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[  ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[  ]   Suggested strategy to facilitate settlement:

_____
_____

                                                  / s / Judith Gail Dein
                                             Judith Gail Dein, U.S. Magistrate Judge
DATED: October 25, 2007              ADR Provider