UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS, INC., ) ) | | |
| Plaintiff ) ) | | |
| v. ) ) | Civil Action No. 05-30068-KPN | |
| IKON OFFICE SOLUTIONS COMPANY, INC., et al., ) ) ) | | |
| Defendants ) | | |

| | | |
|---|---|---|
| GE CAPITAL TECH. INFORMATION SYSTEMS, d/b/a IKON FINANCIAL SERVICES, ) ) ) ) | | |
| Plaintiff ) ) | | |
| v. ) ) | Civil Action No. 07-30152-KPN | |
| HUMAN RESOURCE DEVELOPMENT PRESS, INC., ) ) ) | | |
| Defendant ) | | |

SETTLEMENT ORDER OF DISMISSAL
October 25, 2007

The court, having been advised on October 25, 2007, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk