UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUMAN RESOURCE DEVELOPMENT PRESS INC., <br><br> Plaintiff, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, INC. & IOS CAPITAL, INC. d/b/a IKON FINANCIAL SERVICES, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> :    3:05-CV-30068-KPN <br> : <br> : <br> : <br> : <br> : <br> : |

**MOTION TO EXTEND TIME TO REOPEN SETTLEMENT ORDER OF DISMISSAL**

The defendant IKON Office Solutions, Inc. ("IKON") hereby moves for an extension up to and including December 24, 2007 of the time period in which the parties may reopen the Court's settlement order of dismissal.

On October 25, 2007, the Court issued a settlement order of dismissal that allowed the parties 30 days in which to reopen this matter should the parties fail to consummate the settlement. The settlement remains in tact, however, the parties need additional time to finalize the written terms of the settlement agreement and exchange releases. Accordingly, IKON requests that the Court extend the time period in which the parties may reopen this matter for until December 24, 2007 so that the parties can complete the formalities of their existing settlement agreement.

The plaintiff, Human Resource Development Press, Inc. assents to this motion.

        DEFENDANT,
        IKON OFFICE SOLUTIONS, INC.


        By    /S/ Brett J. Boskiewicz
           Bradford S. Babbitt (BBO# 566390)
           e-mail: bbabbitt@rc.com
           Brett J. Boskiewicz (BBO# 656545)
           e-mail: bboskiewicz@rc.com
           Robinson & Cole LLP
           280 Trumbull Street
           Hartford, CT  06103-3597
           Tel. No.: (860) 275-8200
           Fax No.: (860) 275-8299

November 21, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that Defendant IKON Office Solutions, Inc.'s MOTION TO EXTEND TIME TO REOPEN SETTLEMENT ORDER OF DISMISSAL was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 21, 2007.

                                          / S /  Brett J. Boskiewicz
                                          Brett J. Boskiewicz